# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

FILED
2025 SEP -9 A 8:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Case No. 5:25-cr-512-HNJ |
| ) | |
| ELIYAH BURLEY WHITTEN ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE:** Title 50, United States Code, Section 797. **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 5th day of June 2025, within the Northern District of Alabama, the Defendant, **ELIYAH BURLEY WHITTEN,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

PRIM F. ESCALONA
United States Attorney

/s/ electronic signature
SEAN HARSHEY
Special Assistant United States Attorney